June 10, 2019

*United States District Court, Urbana Illinois Division*
*218 U.S. Courthouse*
*201 S. Vine Street*
*Urbana, IL 61802*



FILED
19-CV-2153
JUN 11 2019
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

To Whom It May Concern:

Enclosed, please find a Complaint and Application for ~~Fee Waiver~~ $400.

Kindly file mark the extra copy, and return it to me in the enclosed, self-addressed stamped envelope. Thank you.

Sincerely,

Carol Kretzer

Enclosure