# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| **CAROL KRETZLER,** | |
| **Plaintiff,** | |
| v. | **Case No. 19-2153** |
| **DECATUR PUBLIC SCHOOLS DISTRICT #61,** | |
| **Defendant.** | |

## ORDER TO SHOW CAUSE

On June 11, 2019, Plaintiff filed a Complaint (#1) against Defendant. Pursuant to Federal Rule of Civil Procedure 4(m), a plaintiff has 90 days to serve a complaint upon all defendants. There is no showing that, to date, Plaintiff has served the defendant in this matter. Therefore, the Court orders Plaintiff to show cause as to why this matter should not be dismissed for failing to serve the summons pursuant to Rule 4(m). Plaintiff has 14 days from the entry of this order to comply.

IT IS SO ORDERED.

ENTERED this 21st day of October, 2019.

s/ ERIC I. LONG
UNITED STATES MAGISTRATE JUDGE