UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

CAROL KRETZER,

      Plaintiff,

v.

DECATUR PUBLIC SCHOOL
DISTRICT #61,

      Defendant.

Case No. 19-2153

## REPORT & RECOMMENDATION

On June 11, 2019, Plaintiff filed a Complaint (#1) against Defendant. Pursuant to Federal Rule of Civil Procedure 4(m), a plaintiff has 90 days to serve a complaint upon a defendant. There is no showing that, to date, Plaintiff has served the defendant in this matter.

On October 21, 2019, the Court entered an Order to Show Cause (#2) ordering Plaintiff to show cause why this case should not be dismissed for failing to serve the summons. Plaintiff's deadline to respond to the Order to Show Cause was November 4, 2019. As of the date of this Order, Plaintiff has not responded to the Order to Show Cause, nor has she made any showing of service on Defendant. Accordingly, the Court recommends that this case be dismissed, without prejudice.

The parties are advised that any objection to this recommendation must be filed in writing with the clerk within fourteen (14) days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

ENTERED this 12th day of November, 2019.

                              s/ERIC I. LONG
                              UNITED STATES MAGISTRATE JUDGE