## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| **CAROL KRETZER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | **Case No. 19-2153** |
| ) | |
| **DECATUR PUBLIC SCHOOL** ) | |
| **DISTRICT #61,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

On November 12, 2019, Magistrate Judge Eric I. Long filed a Report and Recommendation (#3) in the above cause.  Judge Long recommended that Plaintiff's case be dismissed for failure to serve summons pursuant to Federal Rule of Civil Procedure 4(m) and for failure to comply with the Court's Order to Show Cause (#2). Plaintiff has not filed an objection, and the time for doing so has passed.  Following this court's de novo review of Judge Long's Report and Recommendation, this court agrees with Judge Long's recommendation.

IT IS THEREFORE ORDERED THAT:

(1)  The Report and Recommendation (#3) is accepted by this court.

(2)  Plaintiff's case is DISMISSED.

(3)  This case is terminated.

ENTERED this 3rd day of December, 2019.

s/COLIN S. BRUCE
U.S. DISTRICT JUDGE